UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Compumedics Limited,<br>Plaintiff,<br>v.<br>Medical Graphics Corporation,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | File No.: CV-02-00307 JMR/FLN<br><br>**ORDER** |

Upon the attached Stipulation, it is HEREBY ORDERED that the above-captioned matter, including counterclaims, is hereby dismissed with prejudice and without an award of costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 15th, 2002

James M. Rosenbaum
Judge of District Court

FILED
RICHARD D. SLETTEN, CLERK
APR 16 2002
JUDGEMENT ENTERED APR 16 2002
DEPUTY CLERK'S INITIALS ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Compumedics Limited, Plaintiff, | ) | File No.:CV-02-00307 JMR/FLN |
| v. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Medical Graphics Corporation, Defendant. | ) | |

The parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, including counterclaims, with prejudice and on the merits, each party to bear its own costs and fees.

LINDQUIST & VENNUM, P.L.L.P.

Dated: April ___, 2002.

By________________
Wallace G. Hilke, #175857
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR DEFENDANT

FULBRIGHT & JAWORSKI P.L.L.P.

Dated: April 5, 2002.

By________________
Renee L. Jackson, #222604
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402-4320
(612) 321-2800

ATTORNEYS FOR PLAINTIFF